■ HENRIETTA PIPING, INC., Respondent, et al., Plaintiff, v ANTETOMASO & MICCA GROUP, LLC, Appellant. [887 NYS2d 924]— Appeal from a judgment of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered May 15, 2008 in a breach of contract action. The judgment awarded plaintiff Henrietta Piping, Inc. a money judgment upon a jury verdict.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Carni and Gorski, JJ.